No. 97. CARVER PROGRESSIVE CLUB *v.* MIRIANI ET AL. C. A. 6th Cir. Certiorari denied. *Milton R. Henry* for petitioner. *Nathaniel H. Goldstick* and *John H. Witherspoon* for respondents. 

No. 100. TWENTIETH CENTURY-FOX FILM CORP. *v.* TEAS ET AL. C. A. 5th Cir. Certiorari denied. *Neth L. Leachman, Irving M. Walker, William F. Koegel* and *Howard I. Friedman* for petitioner. *Ira Butler* and *Gillis A. Johnson* for respondents. 

No. 102. DISTRICT OF COLUMBIA *v.* LEWIS, EXECUTRIX. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Chester H. Gray, Milton D. Korman, Henry E. Wixon* and *Harrison S. Howes* for petitioner. *Hugh C. Bickford* for respondent. 

No. 104. RELIANCE PICTURE FRAME CO. *v.* COVENTRY WARE, INC. C. A. 2d Cir. Certiorari denied. *Raymond A. Werchen* for petitioner. *Albert H. Oldham* for respondent. 

No. 106. LAUER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Theodore Lockyear, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. 

No. 110. LOVETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Zach H. Douglas* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.